IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:08CR3099 |
| JOEL KASSUBE, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing, filing 29, from June 12, 2009, for approximately two weeks. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's sentencing hearing shall be continued until the 30th day of June, 2009, at 1:00 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's sentencing hearing.

Dated this 2nd day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge