IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3099 |
| | ) | |
| V. | ) | |
| | ) | |
| JOEL KASSUBE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to amend conditions of release (filing 44) is granted.

   DATED this 24th day of August, 2009.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge